UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **U.S. ENERCORP, LTD** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Case SA-12-CV-1231-RCL** |
| **SDC MONTANA BAKKEN** | ) | |
| **EXPLORATION, LLC, VAL VERDE** | ) | |
| **INVESTMENTS, LLC, and RINGO** | ) | |
| **SHAPIRO** | ) | |
| **Defendants** | ) | |
| | ) | |

## JUDGMENT

The above-styled action was tried to a jury starting on March 18, 2016. The Jury rendered its verdict on March 31, 2016. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby renders this judgment.

It is **ORDERED** that U.S. Enercorp is awarded the following sums in response to the Jury's verdict:

Jointly and severally from SDC Montana Bakken Exploration, Val Verde Investments, and Ringo Shapiro the sum of $1,547,861.06 in response to the Jury's answers to Questions 1 and 2 on the verdict form.

Jointly and severally from SDC Montana Bakken Exploration, Val Verde Investments, and Ringo Shapiro the sum of $3,113,709 in response to the Jury's answers to Questions 4 and 5 on the verdict form.

Jointly and severally from SDC Montana Bakken Exploration, Val Verde Investments, and Ringo Shapiro the sum of $3,030,000 in response to the Jury's answer to Question 7 on the verdict form.

Jointly and severally from SDC Montana Bakken Exploration and Val Verde Investments for the sum of $1,600,000 in response to the Jury's answers to Questions 8 and 14 on the verdict form; it is further

**ORDERED** SDC Montana Bakken Exploration and Val Verde Investments take nothing in response to the Jury's answer to Question 15 on the verdict form because the Jury's answers in response to Questions 10, 11, and 13 constitute a finding in favor of U.S. Enercorp on its affirmative defenses of material breach and excuse; and it is further

**ORDERED** U.S. Enercorp collect pre and post-judgment interest on the amounts contained herein in accordance with Texas law.

The Clerk shall docket this judgment pursuant to Federal Rule of Civil Procedure 79(a) and thereafter terminate this action on active dockets.

It is so **ORDERED**.


Signed by Royce C. Lamberth, United States District Judge, March 31, 2016.

2